# IN THE SUPREME COURT OF THE STATE OF NEVADA

OTIS STEPHEN BYROM,
                Appellant,
vs.
THE STATE OF NEVADA,
                Respondent.

No. 75850

**FILED**

DEC 1 0 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Stefany Miley, Judge.

Appellant's counsel has filed a notice of voluntary withdrawal of this appeal. Counsel advises this court that he has informed appellant of the legal consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents to a voluntary dismissal of this appeal. Cause appearing, we

ORDER this appeal DISMISSED.[1]

_____ , J.
Pickering

_____ J.
Gibbons

_____ , J.
Hardesty

[1]Because no remittitur will issue in this matter, *see* NRAP 42(b), the one-year period for filing a post-conviction habeas corpus petition under NRS 34.726(1) shall commence to run from the date of this order.

 
18-907614

cc: Hon. Stefany Miley, District Judge
Mario D. Valencia
Attorney General/Carson City
Clark County District Attorney
Otis Stephen Byrom
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

